O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RUIZ, <br><br> Petitioner, <br><br> v. <br><br> W.L. MOTGOMERY, <br><br> Respondent. | Case No. SA CV 13-1641 BRO (JCG) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY AND EVIDENTIARY HEARING** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections reiterate the arguments made in the FAP and Reply, and lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted[1];
2. Judgment be entered denying the FAP and dismissing this action with prejudice; and

---

[1] The Court also construes the Magistrate Judge's December 20, 2013 minute order granting in part Petitioner's stay request as a Report and Recommendation, and adopts it.

3. The Clerk serve copies of this Order on the parties.

Additionally, for the reasons set forth in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

Nor is Petitioner entitled to an evidentiary hearing. *See Cullen v. Pinholster*, 131 S. Ct. 1388, 1398 (2011) (AEDPA "requires an examination of the state court-decision at the time it was made. It follows that the record under review is limited to the record in existence at that same time *i.e.*, the record before the state court.").

DATED: August 7, 2015

_____

HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE