JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RUIZ,<br><br>          Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>          Respondent. | Case No. SA CV 13-1641 BRO (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 7, 2015

_____

HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE